## THE PEOPLE *v.* MYERS.

JURISDICTION OF SUPREME COURT *in criminal cases.* This court can entertain jurisdiction of causes only in the methods prescribed by law, and cannot give judgment in a criminal cause certified into this court from a district court, without writ of error.

PRACTICE — *removal of records into supreme court.* This court will not take cognizance of questions arising in a criminal cause, which are brought into this court from a district court by agreement of parties.

THE prisoner having been found guilty upon an indictment for murder, at the January term, 1872, of the Arapahoe district court, moved for a new trial.   Judgment upon this motion was reserved until the next succeeding term of the court, and upon motion of the prisoner's counsel, the district attorney consenting, certain questions arising upon this motion were directed to be argued in the supreme court at this term.

HARRISON & POWERS for the prisoner now moved upon certified copy of the order of the district court, that the question therein reserved be set down for argument at a future day in this term.

Per CURIAM.   We cannot hear the counsel as to these questions.   There is no warrant for the course which was pursued

here.  We can entertain jurisdiction of causes only in the methods prescribed by law.  We can give no judgment here which shall bind the prisoner or any one else.  Though we should be of opinion that a new trial ought to be granted, the district court may refuse it, and if we should be of the contrary opinion, and the district court should thereupon deny the prisoner's motion, he may, nevertheless, bring his writ of error, and we must hear counsel again.

The practice of the English courts is of no weight upon this question, because the relation which the English courts at *nisi prius* have to the court *in banc* is essentially different from that of our district courts to this court.  When the district court shall .have given final judgment upon this indictment, the prisoner may, if he will, apply for his writ of error.

*Motion denied.*